DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## HARRIS v. HENRY'S AUTO PARTS

No. 276P82.

Case below: 57 N.C. App. 90.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 July 1982.

## HARRIS v. HODGES

No. 357P82.

Case below: 57 N.C. App. 360.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

## HENDERSON v. HENDERSON

No. 100PA82.

Case below: 55 N.C. App. 506.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 July 1982.

## HOCKADAY v. MORSE

No. 336P82.

Case below: 57 N.C. App. 109.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

## IN RE BEARD

No. 380P82.

Case below: 57 N.C. App. 600.

Petition by Cruse for discretionary review under G.S. 7A-31 denied 13 July 1982.